FILED
CHARLOTTE, N. C.

JUN 14 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR154

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHELLE ELIZABETH DIAMOND | ) | |
| | ) | |

This matter is before the court upon request of defendant for an early termination of probation.

IT IS ORDERED that the clerk's office is directed to docket defendant's letter requesting an early termination of federal probation as a Motion for Early Termination of Federal Probation.

IT IS FURTHER ORDERED that the Motion for Early Termination of Federal Probation is hereby GRANTED effective the date of the signing of this Order.

IT IS SO ORDERED this 14th day of June, 2006.

*/s/ Graham C. Mullen*

GRAHAM C. MULLEN
U.S. DISTRICT JUDGE